Certificate Number: 17572-PAE-DE-036166663

Bankruptcy Case Number: 21-12603



17572-PAE-DE-036166663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 29, 2021</u>, at <u>7:57</u> o'clock <u>AM PST</u>, <u>Robert J Creasy</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 29, 2021</u>            By:    <u>/s/Shelene Manzi</u>

                                          Name:  <u>Shelene Manzi</u>

                                          Title:  <u>Counselor</u>