UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Robert J. Creasy<br><br>    Debtor | Chapter 13<br>Bankruptcy No.21-12603-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of December, 2021, by first class mail upon those listed below:

Robert J. Creasy
356 Schoolhouse Road
New Providence, PA  17560

**Electronically via CM/ECF System Only:**

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER, PA  17601-3028

                                                */s/ Kristen Gliem*
                                                Kristen Gliem
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee