# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Robert J. Creasy, | : | Chapter 13 |
| | : | |
| | : | Case No.   21-12603 (PMM) |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay filed Elizon Master Participation Trust (doc. #18, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Debtor's Response thereto (doc. #22);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **March 9, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 2/7/22**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**