**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert J. Creasy<br>　　　　　　　Debtor(s)<br><br>Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee<br>　　　　　v.<br>Robert J. Creasy<br>　　　　　and<br>Scott F. Waterman<br>　　　　　Trustee | Chapter 13<br><br><br>NO. 21-12603 PMM |

**ORDER**

AND NOW, this 6th day of June, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 15, 2022 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 356 Schoolhouse Road New Providence, PA 17566.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge.

cc: See attached service list

Robert J. Creasy
356 Schoolhouse Road
New Providence, PA 17560

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael D. Hess Esq.
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532