United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-12603-pmm

Robert J. Creasy                                                                    Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert J. Creasy, 356 Schoolhouse Road, New Providence, PA 17560-9701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL D. HESS | on behalf of Debtor Robert J. Creasy amburke7@yahoo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Robert J. Creasy

                 Debtor(s)

Elizon Master Participation Trust I, U.S. Bank
Trust National Association, as Owner Trustee

                v.

Robert J. Creasy

              and

Scott F. Waterman

                Trustee

Chapter 13

NO. 21-12603 PMM

### <u>ORDER</u>

    AND NOW, this 6th day of June , 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 15, 2022  it is ORDERED AND DECREED that:

    The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 356 Schoolhouse Road New Providence, PA 17566.

    The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.

cc: See attached service list

Robert J. Creasy
356 Schoolhouse Road
New Providence, PA 17560

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael D. Hess Esq.
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532