United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12603-pmm |
| Robert J. Creasy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2022 | Form ID: 167 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Creasy, 356 Schoolhouse Road, New Providence, PA 17560-9701 |
| 14686746 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14644169 | + | Elizon Master Participation Trust I, US Bank Trust National Association, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14644034 | + | Elizon Master Participation Trust I, U.S. Bank Tru, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14641125 | + | Email/PDF: cbp@onemainfinancial.com | Jul 12 2022 00:22:40 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14637742 | | Email/Text: bknotices@snsc.com | Jul 12 2022 00:18:00 | SN Servicing, 323 Fifth Street, Eureka, CA 95501 |
| 14648263 | | Email/Text: bknotices@snsc.com | Jul 12 2022 00:18:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 14638569 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 12 2022 00:18:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14637743 | | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 12 2022 00:17:00 | Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 13, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

**Name**             **Email Address**

MICHAEL D. HESS
    on behalf of Debtor Robert J. Creasy amburke7@yahoo.com

REBECCA ANN SOLARZ
    on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee
    bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert J. Creasy
    Debtor(s)

Case No: 21−12603−pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

\*\*Hearing rescheduled from 8/4/2022 to 8/11/2022\*\*

Re: Motion to Dismiss Case Filed by SCOTT F. WATERMAN.

on: 8/11/22

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 7/11/22

Timothy B. McGrath
Clerk of Court

42 − 38
Form 167