| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-12603-PMM**

| | |
|---|---|
| Robert J. Creasy | Petition Filed Date: 09/21/2021 |
| 356 Schoolhouse Road | 341 Hearing Date: 10/26/2021 |
| New Providence  PA    17560 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/02/2021 | $650.00 | 26968394687 | 12/07/2021 | $450.00 | 26968394744 | 01/06/2022 | $550.00 | 26968394766 |
| 02/15/2022 | $550.00 | 26968394788 | 03/08/2022 | $550.00 | 26968394801 | 04/11/2022 | $550.00 | 26968394856 |
| 05/10/2022 | $550.00 | 26968394878 | 06/13/2022 | $550.00 | 26968394891 | | | |

**Total Receipts for the Period: $4,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL D HESS ESQ | Attorney Fees | $4,063.00 | $0.00 | $4,063.00 |
| 1 | PERITUS PORTFOLIO SERVICES<br>»» 001 | Unsecured Creditors | $7,780.46 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $10,259.47 | $0.00 | $0.00 |
| 3 | SN SERVICING CORPORATION<br>»» 003 | Mortgage Arrears | $40,322.51 | $0.00 | $0.00 |
| 4 | SN SERVICING CORPORATION<br>»» 03P | Secured Creditors | $4,131.64 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12603-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $4,400.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,100.00 |
| Paid to Trustee: | $352.00 | Total Plan Base: | $49,800.00 |
| Funds on Hand: | $4,048.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.